IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KATIE POUNCEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv298-MHT |
| | ) | (WO) |
| ALABAMA LAW ENFORCEMENT | ) | |
| AGENCY and CORPORAL GARY | ) | |
| SCOTT STRATTON, in his | ) | |
| individual capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 41), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The court retains jurisdiction of this action for 30 days from the date of entry of this judgment in order to enforce the settlement, should such enforcement be needed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of November, 2018.

                                                 /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE